UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 08-1353 FMC (FFM) | Date | May 1, 2009 |
|---|---|---|---|
| Title | PRENTICE D. JONES v. A HEDGPATH, Warden. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On March 3, 2009, this Court issued an Order Granting Motion for Stay. In that Order petitioner was directed to comply with the following timetable:

Within thirty (30) days from the date of this Order petitioner must file a habeas petition with the appropriate state court seeking to exhaust his state remedies with respect to the grounds not raised in the present petition. Petitioner must thereafter immediately notify the Court that the state petition has been filed, including providing the Court a file-stamped copy of the same.

Petitioner's response to this Order was due April 2, 2009. As of the date of this order, petitioner has not filed anything indicating that he has filed a state petition. Petitioner is ordered to show cause within fifteen (15) days of the date of this order why the stay should not be lifted for his failure to follow the Court's order.

If petitioner fails to file a timely response to this order within the time specified, "the abeyance order will be retroactively vacated . . . and the case will proceed solely on the exhausted claim contained in the present petition."

:

Initials of Preparer        JM