FILED
CLERK, U.S. DISTRICT COURT
MAR 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE D. JONES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>A. HEDGPETH,<br><br>　　　　Respondent. | CASE NO. ED CV 08-1353 JHN (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

　　IT IS ORDERED that judgment be entered dismissing the Petition on the merits with prejudice.

DATED: March 20, 2012

　　　　　　　　　　　　　　　　　　　　　　/s/ Jacqueline H. Nguyen
　　　　　　　　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge