1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PRENTICE D. JONES,

            Petitioner,

        v.

A. HEDGPETH,

            Respondent.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV 08-1353 JHN (FFM)

JUDGMENT

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 20, 2012

JACQUELINE H. NGUYEN
United States District Judge